**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

LLOYD K. GARRISON  (1946-1991)
RANDOLPH E. PAUL    (1946-1956)
SIMON H. RIFKIND    (1950-1995)
LOUIS S. WEISS      (1927-1950)
JOHN F. WHARTON     (1927-1977)

UNIT 3601, OFFICE TOWER A, BEIJING FORTUNE PLAZA
NO. 7 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT
BEIJING 100020
PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K.
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
(212) 373-3472

WRITER'S DIRECT FACSIMILE
(212) 492-0472

WRITER'S DIRECT E-MAIL ADDRESS
kokeefe@paulweiss.com

MATTHEW W. ABBOTT, EDWARD T. ACKERMAN, ALLAN J. ARFFA, ROBERT A. ATKINS, DAVID J. BALL, JOHN F. BAUGHMAN, LYNN B. BAYARD, DANIEL J. BELLER, CRAIG A. BENSON, MITCHELL L. BERG, MARK S. BERGMAN, BRUCE BIRENBOIM, H. CHRISTOPHER BOEHNING, ANGELO BONVINO, JAMES L. BROCHIN, RICHARD J. BRONSTEIN, DAVID W. BROWN, SUSANNA M. BUERGEL, PATRICK S. CAMPBELL*, JESSICA S. CAREY, JEANETTE K. CHAN, YVONNE Y. F. CHAN, LEWIS R. CLAYTON, JAY COHEN, KELLEY A. CORNISH, CHRISTOPHER J. CUMMINGS, CHARLES E. DAVIDOW, THOMAS V. DE LA BASTIDE III, ARIEL J. DECKELBAUM, ALICE BELISLE EATON, ANDREW J. EHRLICH, GREGORY A. EZRING, LESLIE GORDON FAGEN, MARC FALCONE, ROSS A. FIELDSTON, ANDREW C. FINCH, BRAD J. FINKELSTEIN, BRIAN P FINNEGAN, ROBERTO FINZI, PETER E. FISCH, ROBERT C. FLEDER, MARTIN FLUMENBAUM, ANDREW J. FOLEY, HARRIS B. FREIDUS, MANUEL S. FREY, ANDREW L. GAINES, KENNETH A. GALLO, MICHAEL E. GERTZMAN, ADAM M. GIVERTZ, SALVATORE GOGLIORMELLA, ROBERT D. GOLDBAUM, NEIL GOLDMAN, CATHERINE L. GOODALL, ERIC GOODISON, CHARLES H. GOOGE, JR., ANDREW G. GORDON, UDI GROFMAN, NICHOLAS GROOMBRIDGE, BRUCE A. GUTENPLAN, GAINES GWATHMEY, III, ALAN S. HALPERIN, JUSTIN G. HAMILL, CLAUDIA HAMMERMAN, GERARD E. HARPER, BRIAN S. HERMANN, MICHELE HIRSHMAN, MICHAEL S. HONG, DAVID S. HUNTINGTON, AMRAN HUSSEIN, LORETTA A. IPPOLITO, BRIAN M. JANSON, JAREN JANGHORBANI, MEREDITH J. KANE

ROBERTA A. KAPLAN, BRAD S. KARP, PATRICK N. KARSNITZ, JOHN C. KENNEDY, BRIAN KIM, ALAN W. KORNBERG, DANIEL J. KRAMER, DAVID K. LAKHDHIR, STEPHEN P. LAMB*, JOHN E. LANGE, DANIEL J. LEFFELL, XIAOYU GREG LIU, JEFFREY D. MARELL, MARCO V. MASOTTI, EDWIN S. MAYNARD, DAVID W. MAYO, ELIZABETH R. McCOLM, MARK F. MENDELSOHN, WILLIAM B. MICHAEL, TOBY S. MYERSON, CATHERINE NYARADY, JANE B. O'BRIEN, ALEX YOUNG K. OH, BRAD R. OKUN, KELLEY D. PARKER, MARC E. PERLMUTTER, VALERIE E. RADWANER, CARL L. REISNER, LORIN L. REISNER, WALTER G. RICCIARDI, WALTER RIEMAN, RICHARD A. ROSEN, ANDREW N. ROSENBERG, JACQUELINE P. RUBIN, RAPHAEL M. RUSSO, ELIZABETH M. SACKSTEDER, JEFFREY D. SAFERSTEIN, JEFFREY B. SAMUELS, DALE M. SARRO, TERRY E. SCHIMEK, KENNETH M. SCHNEIDER, ROBERT B. SCHUMER, JOHN M. SCOTT, STEPHEN J. SHIMSHAK, DAVID R. SICULAR, MOSES SILVERMAN, STEVEN SIMKIN, JOSEPH J. SIMONS, AUDRA J. SOLOWAY, SCOTT M. SONTAG, TARUN M. STEWART, ERIC ALAN STONE, AIDAN SYNNOTT, ROBYN F. TARNOFSKY, MONICA K. THURMOND, DANIEL J. TOAL, LIZA M. VELAZQUEZ, MARIA T. VULLO, ALEXANDRA M. WALSH*, LAWRENCE G. WEE, THEODORE V. WELLS, JR., BETH A. WILKINSON, STEVEN J. WILLIAMS, LAWRENCE I. WITDORCHIC, MARK B. WLAZLO, JULIA MASON WOOD, JENNIFER H. WU, JORDAN E. YARETT, KAYE N. YOSHINO, TONG YU, TRACEY A. ZACCONE, TAURIE M. ZEITZER, T. ROBERT ZOCHOWSKI, JR.

*NOT ADMITTED TO THE NEW YORK BAR

June 12, 2015

By ECF and Facsimile: (212) 805-6737

The Honorable George B. Daniels
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

*U.S. Bank, National Association, solely in its capacity as Trustee for Citigroup Mortgage Loan Trust 2007-AR7* v. *Citigroup Global Markets Realty Corp.*
No. 15 Civ. 3820 (S.D.N.Y.)

Dear Judge Daniels:

      We represent Defendant Citigroup Global Markets Realty Corp. ("CGMRC") in the above-referenced action. We write on behalf of both CGMRC and Plaintiff U.S. Bank, National Association, solely in its capacity as Trustee for Citigroup Mortgage Loan Trust 2007-AR7 ("U.S. Bank") to jointly request an additional one-week extension of time for CGMRC to move, answer or otherwise respond to U.S. Bank's complaint to June 19, 2015.

      The original date for CGMRC to move, answer or otherwise respond to U.S. Bank's complaint, filed on May 14, 2015, was June 9, 2015. On June 9, 2015, CGMRC requested a three-day extension of time to respond to the complaint with the

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

The Honorable George B. Daniels                                                                                                  2

consent of U.S. Bank. Per the voicemail left by Your Honor's clerk with me on June 10, 2012, this request was granted, although it is not yet recorded on the docket. There have been no other requests for adjournment or extension.

The parties have conferred and have agreed to extend CGMRC's time to move, answer or otherwise respond to U.S. Bank's complaint by an additional week to June 19, 2015 to allow the parties time to consider the recent decision issued by Your Honor in the related action as well as another decision issued yesterday by New York's Court of Appeals. Accordingly, CGMRC and U.S. Bank respectfully request that the Court grant this extension.

Respectfully Submitted,

/s/ Kevin P. O'Keefe

cc (by email):   Gayle R. Klein, Esq.
                 Robert W. Scheef, Esq.
                 Courtney B. Statfeld, Esq.
                 McKool Smith, P.C.

Case 1:15-cv-03820-GBD   Document 13   Filed 06/12/15   Page 2 of 2